### KEY v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit.  July 6, 1915.)

No. 4435.

In Error to the District Court of the United States for the Eastern District of Oklahoma; Ralph E. Campbell, Judge.

Robert Key was convicted of crime, and he brings error. Reversed.

Guy H. Sigler, of Ardmore, Okl. (William Pfeiffer, of Ardmore, Okl., on the brief), for plaintiff in error.

W. P. McGinnis, Sp. Asst. U. S. Atty., of Muskogee, Okl. (D. H. Linebaugh, U. S. Atty., of Muskogee, Okl., on the brief), for the United States.

Before SANBORN and CARLAND, Circuit Judges, and TRIEBER, District Judge.

PER CURIAM.  The indictment in this case is like that in Talkington and Bastine against the United States, 225 Fed. 367, —— C. C. A. ——, decided at this term.  As in that case there is a total failure of evidence to show that the defendant introduced the liquor as charged, and for that reason the demurrer to the evidence should have been sustained.  The judgment is reversed.